```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 16-01749-MDF
Jonathan M Jones                                                Chapter 7
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1         User: admin              Page 1 of 2           Date Rcvd: Aug 05, 2016
                             Form ID: 318             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
```
db            +Jonathan M Jones,    1800 North Hills Road,    Apt. 307,    York, PA 17406-1851
4781224       +ANESTHESIA ASSOC OF LANCASTER,    PO BOX 67015,    Harrisburg, PA 17106-7015
4781226       +ANNA L MAYS CLINTON,    230 OLNEY ROAD,    Dallastown, PA 17313-9413
4781227       +ANNA MAYS CLINTON,    230 OLNEY ROAD,    Dallastown, PA 17313-9413
4781229       +CHASE,   PO BOX 183205,    Columbus, OH 43218-3205
4781230       +CLAIMS RECOVERY,    PO BOX 703,    Carnegie, PA 15106-0703
4781231       +COMMONWEALTH OF PA,    DEPT OF LABOR & INDUSTRY,    PO BOX 67503,    Harrisburg, PA 17106-7503
4781233       +FRAN SURDICH,    TAX COLLECTOR,    1501 MOUNT ZION ROAD,    York, PA 17402-9084
4781234       +MABT-GENESIS RETAIL,    PO BOX 4499,    Beaverton, OR 97076-4499
4781235       +MEMBERS FIRST FCU,    PO BOX 2109,    Mechanicsburg, PA 17055-1719
4781236       +MEMORIAL HOSPITAL,    1605 VALLEY CENTER PKWY,    STE 200,    Bethlehem, PA 18017-2345
4781237      ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
                RED BANK NJ 07701-5688
              (address filed with court: MET ED,    PO BOX 16001,    Reading, PA 19612)
4781238       +NOVAD MANAGEMENT CONSULTING,    2401 NW 23RD STREET,    SUITE 1A1,    Oklahoma City, OK 73107-2448
4781239       +OSS HEALTH,    1855 POWDER MILL ROAD,    York, PA 17402-4723
4781240       +PASI INC,   PO BOX 188,    Brentwood, TN 37024-0188
4781241       +PEERLESS CREDIT,    PO BOX 518,    Middletown, PA 17057-0518
4781242       +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    York, PA 17402-0066
4781245       +SPRINGETTSBURY TOWNSHIP,    SEWER FUND,    PO BOX 824907,    Philadelphia, PA 19182-4907
4781247       +UNITED CONSUMER FINANCIAL,    865 BASSETT ROAD,    Westlake, OH 44145-1194
4781250       +YORK HOSPITAL,    1001 S GEORGE STREET,    York, PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4781228       +EDI: CAPITALONE.COM Aug 05 2016 19:03:00      CAPITAL ONE,    PO BOX 30285,
                Salt Lake City, UT 84130-0285
4781232       +EDI: CONVERGENT.COM Aug 05 2016 18:58:00      CONVERGENT OUTSOURCING INC,    800 SW 39TH ST,
                PO BOX 9004,    Renton, WA 98057-9004
4781243        EDI: PRA.COM Aug 05 2016 18:58:00      PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD,
                Norfolk, VA 23502
4781246       +EDI: RMSC.COM Aug 05 2016 19:04:00      SYNCHRONY BANK/LOWES,    PO BOX 965005,
                Orlando, FL 32896-5005
4781248       +EDI: VERIZONWIRE.COM Aug 05 2016 18:58:00      VERIZON WIRELESS,    PO BOX 26055,
                Minneapolis, MN 55426-0055
4781249       +EDI: VERIZONWIRE.COM Aug 05 2016 18:58:00      VERIZON WIRELESS/SOUTHEAST,    PO BOX 26055,
                Minneapolis, MN 55426-0055
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4781225        ANNA L JONES
4781244        ROBERT N POLAS, JR, ESQUIRE,    120 CORPORATE BLVD,    CA 94055
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com,    pa31@ecfcbis.com

```
District/off: 0314-1           User: admin              Page 2 of 2              Date Rcvd: Aug 05, 2016
                               Form ID: 318             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy Alan Baker   on behalf of Debtor Jonathan M Jones bakerlawfirmllc@yahoo.com, tbakerlaw@msn.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                              TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jonathan M Jones | Social Security number or ITIN xxx–xx–5161 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number: 1:16–bk–01749–MDF | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan M Jones
aka Jonathan Michael Jones

**By the court:** *Mary D. France* (signature)

August 5, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            Order of Discharge            page 1

Case 1:16-bk-01749-MDF   Doc 16   Filed 08/07/16   Entered 08/08/16 00:48:40   Desc
                         Imaged Certificate of Notice   Page 3 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**