```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01749-MDF
Jonathan M Jones                                                Chapter 7
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: admin              Page 1 of 1              Date Rcvd: Aug 08, 2016
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db             +Jonathan M Jones,    1800 North Hills Road,    Apt. 307,    York, PA 17406-1851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Timothy Alan Baker    on behalf of Debtor Jonathan M Jones bakerlawfirmllc@yahoo.com,
               tbakerlaw@msn.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jonathan M Jones  
aka Jonathan Michael Jones  
1800 North Hills Road  
Apt. 307  
York, PA 17406

Chapter 7  
Case No. 1:16−bk−01749−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5161

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 5, 2016

BY THE COURT  
By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk